# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COURTNEY SANDERS;** : | No. 3:15cv1421 |
| **MICHAEL SANDERS, SR;** : | |
| and **CAROLYN SANDERS** as : | (Judge Munley) |
| Executors of the Estate of : | |
| **MICHAEL D. SANDERS, deceased,** : | |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| **COUNTY OF LACKAWANNA,** : | |
| **PHILLIP CHIAVACCI, PETER SANKO,** : | |
| **JOHN AND/OR JANE DOE(S),** and : | |
| **IVY GIORDANO,** : | |
| Defendants : | |

## ORDER

**AND NOW**, to wit, this 4th day of May 2016, Defendant Lackawanna County's motion to dismiss (Doc. 7) is **GRANTED** with respect to punitive damages, and Lackawanna County shall not be liable for any punitive damages. The motion is **DENIED** in all other respects.

**BY THE COURT:**


**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**