# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COURTNEY SANDERS, MICHAEL SANDERS, SR. and CAROLYN SANDERS, as executors of the estate of Michael D. Sanders, deceased, **Plaintiffs** | : : : : : : : | No. 3:15cv1421 (Judge Munley) |
| v. | : | |
| PHILIP CHIAVACCI, PETER SANKO, IVY GIORDANO and COUNTY OF LACKAWANNA , JANE and/or JOHN DOES, **Defendants** | : : : : : | |

## ORDER

**AND NOW**, to wit, this 20th day of August 2018, Defendant County of Lackawanna's motion for summary judgment (Doc. 50) is hereby **DENIED**.

                                                          **BY THE COURT:**

                                                          **s/ James M. Munley**
                                                          **JUDGE JAMES M. MUNLEY**
                                                          **United States District Court**